IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MEEKS,  No. C 11-01021 CW

    Petitioner,  JUDGMENT

  v.

HMS HOST dba GORDON BIERSCH @ SFO;
HOTEL EMPLOYEES & RESTAURANT
EMPLOYEES LOCAL #2,

    Respondents.
_____/

    For the reasons set forth in this Court's Order Denying Petitioner's Motion to Remand and Granting Respondents' Motion to Dismiss

    IT IS ORDERED AND ADJUDGED

    That Petitioner's Petition is dismissed with prejudice. All parties shall bear their own costs of suit.

Dated: 11/8/2011

                                                    CLAUDIA WILKEN
                                                  United States District Judge

<div style="sidebar">United States District Court / For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MEEKS et al,

        Plaintiff,

v.

HMS HOST et al,

        Defendant.

Case Number: CV11-01021 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michelle Meeks
1788 Hamlet Street
San Mateo, CA 94403

Dated: November 8, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk