IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MEEKS,<br><br>       Petitioner,<br><br>  v.<br><br>HMS HOST doing business as GORDON BIERSCH @ SFO; and HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2,<br><br>       Respondents.<br>_____/ | No. C 11-1021 CW<br><br>ORDER DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS AND FOR EXONERATION OF FILING FEE (Docket No. 56) |

    On November 8, 2011, the Court denied the motion to remand filed by Petitioner Michelle Meeks and granted the motion to dismiss filed by Respondents Bay Area Restaurant Group (BARG), improperly named as HMS Host doing business Gordon Biersch @ SFO, and Unite Here! Local 2. Docket No. 47. On December 7, 2011, Petitioner filed a notice of appeal of the Court's order. Docket No. 49. Petitioner paid the filing fee at that time. Id.

    On March 2, 2012, Petitioner filed a motion for leave to appeal in forma pauperis and exoneration of the filing fee and provided an affidavit of poverty. Docket No. 56. Petitioner concurrently filed the same motion and affidavit before the Ninth Circuit. Docket No. 2, 9th Cir. Case No. 11-17928.

    On May 14, 2012, the Ninth Circuit denied the motion to proceed in forma pauperis and for exoneration of the filing fee. Docket No. 8, 9th Cir. Case No. 11-17928.

    A court may authorize a person who is unable to pay to proceed in forma pauperis. 28 U.S.C. § 1915(a). A person

applying for in forma pauperis status must submit "an affidavit that includes a statement of all assets such [person] possesses." 28 U.S.C. § 1915(a)(1). See also Fed. R. App. P. 24(a)(1)(A) (a party must show its inability to pay or to give security for fees and costs "in the detail prescribed by Form 4 of the Appendix of Forms"). This affidavit is sufficient if it demonstrates that the person cannot pay court costs and still be able to provide herself and her dependents "with the necessities of life." Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339-40 (1948). The facts as to the affiant's poverty must be stated "with some particularity, definiteness and certainty." United States v. McQuade, 647 F.2d 938, 940 (9th Cir. 1981) (quoting Jefferson v. United States, 277 F.2d 723, 725 (9th Cir. 1960)).

   Petitioner's declaration is insufficient to make such a showing. She declares that she has about $1,200 in two bank accounts and owns two vehicles, but has failed to specify her sources of income or employment status. See Form 4, Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis, United States Court of Appeals for the Ninth Circuit (requiring an "estimate" of "the average amount of money received from" a number of income sources "during the past 12 months" and information about the applicant's employment history). Based on the information provided, the Court cannot conclude that Petitioner is unable to pay the filing fee.

   Further, Federal Rule of Appellate Procedure 24(a)(1) requires that, in the affidavit, the party applying for in forma pauperis status on appeal must state "the issues the party intends to present on appeal." Fed. R. App. P. 24(a)(1)(C). Petitioner

2

has failed to do so here, but has included such a statement in her notice of appeal. Title 28 U.S.C. § 1915(a)(3) provides, "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." See also Ellis v. U. S., 356 U.S. 674, 674 (1958) ("In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous."). Here, for the reasons set forth in the November 8, 2011 order, the Court finds that Petitioner's appeal lacks any arguable basis. Therefore, the Court certifies the appeal as frivolous and taken in bad faith.

Finally, the Ninth Circuit already has denied the same motion, without referring the motion to this Court for determination in the first instance.

Accordingly, for each of the reasons set forth above, the Court DENIES Petitioner's motion to proceed on appeal in forma pauperis and for exoneration of the filing fee (Docket No. 56).

IT IS SO ORDERED.

Dated: 10/3/2012

CLAUDIA WILKEN
United States District Judge

cc: Ninth Circuit Court of Appeals

3